- 3 -

# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|---|---|---|
| | : | |
| ANNETTE PICCIANO | : | Bankruptcy No. 13-17864-mdc |
| | : | |
| Debtor | : | Related to Document No. 114, 118 & 119 |

### ORDER OF COURT

AND NOW, this  22nd  day of      January       , 2019, upon consideration of the Stipulation entered into by counsel for U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

_____
The Honorable Magdeline D. Coleman
Bankruptcy Judge

TADMS:5075314-1 018919-182700